IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Nathan Taylor                                    *

_____

_____   *
(Full name and address of the plaintiff)
**Plaintiff(s)**

        vs.                                *     Civil No.: CCB11CV0183
                                                        (Leave blank. To be filled in by Court.)

P.O William Knoerlein (E673)
P.O Kevin Feser (F105)                           *
P.O Charles Schmidt (F068)
P.O Daniel Hersl (G491)                          *
P.O Tramell Sanhadja (E309)
(Full name and address of the defendant(s))
**Defendant(s)**                                 *

\*\*\*\*\*\*

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☐ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☑ Other (explain) My Fourth amendment right and Sixth amendment right Fifth and seventh amendment rights was violated, case # 104148005 and 1B01568918

2. The facts of this case are:

On 11-5-03 I Nathan Taylor DOB 1-7-86 was falsely arrested and charge with CDS by crooket corrupt Police officer William Knoerlein (E673) Kevin Feser (F105) Charles Schmidt (F068) Tramell Sanhadja (E309) the stated P.O names stated planted drugs on me on the above date stated they knew I was innocent but they still arrested after my brother had told them I was innocent and that the drugs was here's I was on home detention the box that the Juvenile court orderd me to go to a Program and that the only reason I was outside my house where I was on the above date because I was going to ask my brother for money to get a ride so that I can get the Program, everything on the statement of Probable cause is lies I was falsely charge for CDS when they knew I was innocent.

3.  The relief I want the court to order is:

☐   Damages in the amount of: _____

☐   An injunction ordering: _____

   _____

☒   Other (explain) I would like for them to be held accountable for perjury.

1-20-11
(Date)

(Signature) Nathan Taylor

Nathan Taylor

2612 N. Longwood St

Baltimore Md. 21216

410-523-7345
(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.