IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NATHAN TAYLOR | * | |
| Plaintiff | * | |
| v | * | Civil Action Case No. CCB-11-183 |
| WILLIAM KNOERLEIN, et al. | * | |
| | * | |
| Defendants | *** | |

**O R D E R**

On January 20, 2011, Nathan Taylor filed a complaint claiming that five Baltimore City police officers falsely arrested and charged him on November 5, 2003, after they planted illegal drugs on him. He asks the court to hold the officers "accountable for perjury."[1] Taylor's civil rights complaint will be reviewed pursuant to 42 U.S.C. § 1983 and dismissed as untimely.[2]

There is no express federal statute of limitations pertinent to § 1983 actions. It is well-established policy that when Congress has not enacted a statute of limitations applicable to the assertion of a federal right, federal courts should adopt the local law of limitation. *See Johnson v. Davis*, 582 F.2d 1316 1318 (4th Cir. 1978). Under Maryland's three-year general statute of limitations, this action should have been filed within three years of the date on which Taylor knew or had reason to know of his alleged injury. *See* Md. Cts. & Jud. Proc. Code Ann. §5-101. The actions at issue occurred in November of 2003, at the time of Taylor's arrest, more than seven years ago. Consequently this case is untimely and shall be dismissed as time-barred.

---

[1] To the extent Taylor might intend to bring a criminal action against the officers, private citizens have no constitutional or other right to a criminal investigation, nor any judicially-cognizable interest in the prosecution or non-prosecution of another. *See Linda R.S. v. Richard D.*, 410 U.S. 614, 619 (1973).

[2] Taylor has also filed an unsigned and undated motion to proceed in forma pauperis. The court need not require him to cure this deficiency.

Accordingly, it is this 9th day of February 2011, by the United States District Court for the District of Maryland hereby ordered:

1. The Motion to Proceed in Forma Pauperis is DISMISSED without prejudice;

2. The complaint is DISMISSED as time-barred;

3. The case is CLOSED; and

4. The Clerk shall SEND a copy of this order to plaintiff.

/s/
Catherine C. Blake
United States District Judge